1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKLYN HARDWARE, LLC, an Oregon limited liability company<br><br>    Plaintiff<br><br>vs.<br><br>ORANGE ALUMINUM CORPORATION, a California corporation, dba ORANGEALUMINUM.COM<br><br>    Defendants | Case No. SACV12-1370 JVS (MLGx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

1  Having reviewed the [Proposed] Stipulated Protective Order submitted by the
2  parties on January 17, 2013, and for all the reasons set forth therein, this Court hereby
3  affirms and enters the Stipulated Protective Order as submitted.
4  **IT IS SO ORDERED**

6  Dated: January 18, 2013

   Marc L. Goldman
   United States Magistrate Judge

T:\Client Documents\OALUM\001L\Stipulated Protective Order.Proposed.Order.doc